# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

# CHARLESTON DIVISION

IN RE: ETHICON, INC.,
    PELVIC REPAIR SYSTEM                  MDL NO. 2327
    PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO

JOANNE HOCKENBROCH,

        Plaintiff,

v.                                              Civil Action No. 2:15-cv-04977

ETHICON, INC., and
JOHNSON & JOHNSON,

        Defendants.

## MEMORANDUM OPINION AND ORDER

Plaintiff, Joanne Hockenbroch's counsel filed this civil action on April 20, 2015 [ECF No. 1]. On November 15, 2018, plaintiff's counsel filed a Suggestion of Death noting the death of plaintiff Joanne Hockenbroch on or about January 4, 2015. Because the plaintiff was deceased prior to the time this case was filed, she cannot bring a lawsuit in her own name. "[A] lawsuit filed in the name of a deceased individual is a nullity over which this Court has no jurisdiction." *In re Engle Cases,* No. 3:09-cv-1000-J-32JBT, 2013 WL 8115442, at *2 (M.D. Fla. Jan. 22, 2013). Accordingly, the court **ORDERS** that this case is **DISMISSED** without prejudice and **STRICKEN** from the docket of this court.

The court **DIRECTS** the Clerk to file a copy of this Order and to send a copy of this Order to counsel and any unrepresented party.

ENTER: February 26, 2020

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE